# EXHIBIT 1

CONFIDENTIAL

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
### for the

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:     Berkeley Research Group, LLC
        1800 M Street NW, Second Floor, Washington, DC 20036

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States Courthouse<br>801 Broadway<br>Courtroom No. 821/Grand Jury<br>Nashville, TN 37203 | Date and Time:<br><br>08/23/2021 at 9:00 am |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Attachment

In lieu of personal appearance, records can be sent to Special Agent Joy Wright, FBI, 2868 Elm Hill Pike, Nashville, TN 37214 or jcwright2@fbi.gov. Any questions regarding compliance with this subpoena should be directed to Special Agent Joy Wright.

Date:     JUL 2 6 2021
_____

CLERK OF COURT

_Vanessa Washins_
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Kathryn Booth, Assistant United States Attorney
110 Ninth Avenue South, A-961 Nashville, TN 37203
615-736-5151

Grand Jury Subpoena No. 19152
Panel 2

BRG-0012839

CONFIDENTIAL

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

BRG-0012840

CONFIDENTIAL

BRG-0012861

Recovery analysis - keep open $50 notes
  - keep receiver/trustee
  - $20

I. Fight Cash Collateral
  - Fraud concern
  - ABC error
  - Fired 3 lawyers/
    consultants in
    60 days

call →
FGL;

II. Adequate Protection
    insufficient
    - 8%
    - Collateral (even
      value loss) $564
    - Need more $
    - Deal w/
    - deficiency
    - col
    - fees

III. Personal Guarantee
    - When is it in
      play

CF - $0

Reg.  $750.
Exit  $750

DTR Motion  $105M
    - floor plan

Recover $100-$60

⇒ Need Milestones
   to mitigate losses
⇒ Need CRO
⇒ Sale process

⇒ Mark Frissen Guarantees
Glenn H.  782 1423
212
Ste Water
(C) 490-698-5637

$20 in liquidation

- long-term  Round
  Guarantee
  - Default
  - Raster
    measures